Rachel M. Dollar, CSB 199977
SMITH DOLLAR PC
Attorneys at Law
418 B Street, Fourth Floor
Santa Rosa, California 95401
Telephone: (707) 522-1100
Facsimile: (707) 522-1101

Attorneys for Plaintiff
KENSINGTON APARTMENT PROPERTIES, LLC

U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENSINGTON APARTMENT PROPERTIES, LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>LOANVEST IX, L.P., A CALIFORNIA LIMITED PARTNERSHIP; SOUTH BAY REAL ESTATE COMMERCE GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; GEORGE VAUX CRESSON, III, AN INDIVIDUAL; AND DOES 1 THROUGH 100, INCLUSIVE<br><br>　　　　Defendants. | CASE NO.: 3:19-CV-05749-VC<br><br>[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONTINUE SETTLEMENT CONFERENCE<br><br>Judge: Honorable Vince Chhabria<br><br>Complaint Filed: January 17, 2017<br>Trial Date: |

After considering the Administrative Motion of Plaintiff to Continue the Hearing Date on the Settlement Conference currently scheduled for January 5, 2023 and, good cause being shown, the Court hereby orders as follows:

The in-person settlement conference currently scheduled for January 5, 2023 is hereby continued to January  12 , 2023 at 9:30 a.m.  The parties are required to appear at the designated date and time.  They will be escorted to a conference room and required to remain there until they can provide either a stipulated judgment or confirmation that the trial will occur as scheduled.



1300819

- 1 -

[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONTINUE SETTLEMENT CONFERENCE

Defendants are hereby ordered to provide any requested revisions to the settlement agreement language arising from the stipulated judgment to Plaintiff by no later than 5 p.m. on January 5, 2023.

Dated: January 4, 2023

By_____
~~Honorable Vincent Chhabri~~
Honorable Vince Chhabria



1300819

- 2 -

~~[PROPOSED]~~ ORDER ON ADMINISTRATIVE MOTION TO CONTINUE SETTLEMENT CONFERENCE