UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENSINGTON APARTMENT PROPERTIES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOANVEST IX, L.P., et al.,<br><br>　　　　Defendants. | Case No. 19-cv-05749-VC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 128 |

　　George Cresson is ordered to show cause as to why he should not be sanctioned for failing to appear at the January 18, 2023 case management conference and failing to prepare for and meaningfully participate in the settlement conference on January 12, 2023.

　　A written response to the order to show cause is due January 19, 2023. A hearing on the order to show cause will be held at 1pm on January 26, 2023. Cresson and Mark Anthony Rushin are ordered to appear in person. The plaintiffs' counsel may appear via Zoom.

　　**IT IS SO ORDERED.**

Dated: January 18, 2023

_____
VINCE CHHABRIA
United States District Judge